UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUE D. FRICKS, | ) | No. CV 15-2017 MMM (FFM) |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| J. SOTO, WARDEN, | ) | |
| Defendant. | ) | |

On June 10, 2015, this Court ordered plaintiff to file his second amended complaint on or before July 10, 2015. As of this date, plaintiff has not complied with this Court's order.

IT THEREFORE IS ORDERED that, on or before August 10, 2015, plaintiff shall either file a second amended complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: July 23, 2015

                                            /S/ FREDERICK F. MUMM  
                                            FREDERICK F. MUMM  
                                      United States Magistrate Judge