UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUE D. FRICKS, | ) | No. CV 15-2017 MMM (FFM) |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| J. SOTO, WARDEN, | ) | |
| Defendant. | ) | |

Pursuant to this Court's order dated August 5, 2015, plaintiff was ordered to file his Second Amended Complaint by September 4, 2015. As of today's date, plaintiff has not filed a Second Amended Complaint.

IT THEREFORE IS ORDERED that, on or before November 5, 2015, plaintiff shall either file a Second Amended Complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: October 21, 2015

                                                 /S/ FREDERICK F. MUMM  
                                                 FREDERICK F. MUMM  
                                              United States Magistrate Judge