UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUE D. FRICKS, | ) | No. CV 15-2017 FMO (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| J. SOTO, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: February 3, 2016

                                                /s/
                                   FERNANDO M. OLGUIN
                                   United States District Judge